USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.R. and M.R. 1., individually and on behalf their minor child, O.R.,

      Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION, NEW YORK CITY BOARD OF EDUCATION, and MEISHA PORTER,

      Defendants.

No. 21-CV-2950 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: July 2, 2021
    New York, New York

                 Ronnie Abrams
                 United States District Judge